USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
VICTOR HERNANDEZ,

                  Plaintiff,

      - against -

C.O. BRYAN W. EULL, et al.,

                  Defendants.
------------------------------------------------------------ X

20-CV-4435 (NSR)

**NOTICE OF WITHDRAWAL AS COUNSEL**

**MEMO ENDORSED**

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, I, Jonathan J. Wilson, an Assistant Attorney General at the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for Defendants Correction Officer Bryan Eull, Sergeant Raymond Latourette, and Lieutenant Robert Cocuzza hereby withdraw as an attorney of record as I am leaving the Office of Attorney General. The Office of Attorney General will continue to serve as counsel of record to said Defendants in the above-referenced matter, and this matter will be handled by another Assistant Attorney General who has entered notice of appearance.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, NY
                April 2, 2021

                                            Respectfully submitted,

                                            LETITIA JAMES
                                            Attorney General of the
                                            State of New York

The application is granted. The Clerk of the Court is kindly directed to remove Jonathan Wilson from the docket and terminate the motion at ECF No. 18.

                                            By: */s/ Jonathan J. Wilson*
                                            Jonathan J. Wilson
                                            Assistant Attorney General

SO ORDERED:

Dated: 4/5/2021
White Plains, NY

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

28 Liberty Street – 18th Floor
New York, NY 10005
(212) 416-6696
Jonathan.Wilson@ag.ny.gov