**MEMO ENDORSED**

# ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363

FAX: (718) 261-0317

E-MAIL: alan.levine@alandlaw.com

September 16, 2021

**VIA ECF**
Honorable Nelson S. Roman, Esq.
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re: <u>Hernandez v. Eull, et al.</u>
    20 CV 4435 (NSR) (JCM)

Dear Judge Romans:

    I am the attorney for the plaintiff in the above-referenced action. I write, jointly with the attorney for the defendants, to inform the court that Magistrate Judge McCarthy has extended the discovery deadline in this action to February 9, 2022. Therefore, the parties respectfully request that the conference presently scheduled before Your Honor for December 10, 2021, be adjourned to a date in February after the close of discovery.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr
cc: Neil Shevlin, Esq.

Due to an extension of the discovery deadlines, the parties' joint request to adjourn the Status Conf. from Dec. 10, 2021 until Feb. 25, 2022 at 10:00 am is GRANTED. The conf. will be held by AT&T Teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.** Clerk of Court requested to terminate the motion (doc. 29).
Dated: Sept. 17, 2021    SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2021