

MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

November 30, 2021

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Hernandez v. Eull, *et al*.
Index No. 20-CV-04435 (NSR)(JCM)

Dear Judge Román:

I write respectfully on behalf of both plaintiff and defendants to request that the conference scheduled for February 25, 2022, be adjourned to a date following April 9, 2022, when all discovery is scheduled to close.

On November 23, 2021, the parties jointly filed an application with the Court for an adjournment of the close of all discovery to allow the parties additional time to obtain relevant documents, to conduct depositions, and to retain expert witnesses (ECF No. 31). By Order issued yesterday, Magistrate McCarthy adjourned the close of discovery until April 9, 2022 (ECF No. 32).

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Alan D. Levine, Esq. (by ECF)

---

The parties' request to adjourn the Status Conf. from Feb. 25, 2022 until April 22, 2022 at 2:00 pm is GRANTED. This conf. will be held by AT&T Teleconf. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court is directed to terminate the motion (doc. 33).

Dated: Dec. 17, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov