

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

March 29, 2022

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Due to an extension of the discovery deadlines, the parties' joint request to adjourn the June 3, 2022 telephonic Status Conf. before Judge Román until Sept. 8, 2022 at 12:15 pm is GRANTED. Counsel are directed to this Court's Order at ECF No. 34 for dial-in instructions. Clerk of Court requested to terminate the motion at ECF No. 40.
> Dated:
> April 1, 2022
>
> SO ORDERED:
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   Hernandez v. Eull, *et al*.
       Index No. 20-CV-04435 (NSR)(JCM)

Dear Judge Román:

    I write respectfully on behalf of both plaintiff and defendants to request that the conference scheduled for June 3, 2022 at 10:00 am, be adjourned to a date following July 18, 2022, when all discovery is now scheduled to close.

    On March 28, 2022, the parties filed a joint request for an adjournment of the discovery schedule in order to allow additional time to obtain medical records required by their respective experts (ECF No. 38). By Order, dated March 29, 2022 (ECF No. 39), Magistrate McCarthy granted the application and adjourned the close of all discovery until July 18, 2022.

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Alan D. Levine, Esq. (by ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov

MEMO ENDORSED