

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2022_____

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
**ATTORNEY GENERAL**

**DIVISION OF STATE COUNSEL**
**LITIGATION BUREAU**

Writer's Direct Dial: (212) 416-8561

October 26, 2022

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Defendants' request is GRANTED. Defendants are directed to
serve (not file) their moving papers on or before November 30,
2022. Plaintiff must serve (not file) opposition papers on or
before January 16, 2023. Defendants are directed to serve reply
papers on or before February 6, 2023. The papers are to be
filed on the reply date, February 6, 2023. The Clerk of the
Court is kindly directed to terminate the motion at ECF No. 48.

Dated: October 27, 2022    **SO ORDERED:**
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:    Hernandez v. Eull, *et al.*
       Index No. 20-CV-04435 (NSR)(JCM)

Dear Judge Román:

    I write respectfully on behalf of the defendants to request a 30-day adjournment of their time to serve their motion for summary judgment on plaintiff from October 31, 2022, to November 30, 2022, as well as a corresponding 30-day adjournment of all additional deadlines. The reason for the requested adjournment is that I have been out of the office due to religious observances over the pasts several weeks and, therefore, require additional time to work with my clients on the motion.

    This is defendants' first request for an adjournment of their time to serve their motion for summary judgment. I have conferred with Alan Levine, counsel for plaintiff, and he has consented to this request. If the Court grants this request, the revised schedule will be as follows: (i) by November 30, 2022, defendants shall serve their motion for summary judgment; (ii) by January 16, 2023, plaintiff shall serve any opposition; and (iii) by February 6, 2023, defendant shall serve any reply and will file the entire motion on ECF.

        Respectfully submitted,

        /s/ Neil Shevlin
        Neil Shevlin
        Assistant Attorney General
        Neil.Shevlin@ag.ny.gov

cc: Alan D. Levine, Esq. (by ECF)

**MEMO ENDORSED**