**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
VICTOR HERNANDEZ,

                Plaintiff,                20cv **CIVIL** 4435 (NSR)

     -against-                              <u>**JUDGMENT**</u>

C.O. BRYAN W. EULL, et al.,

                Defendants.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2024, Defendants' motion for summary judgment is GRANTED and all of Plaintiff's claims in this action are DISMISSED against the Defendants. Accordingly, the case is closed.

**Dated:**  New York, New York
          April 9, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                 **BY:**
                                                          _____
                                                              **Deputy Clerk**