# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/07/2024

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 793-0385
E-MAIL: alan.levine@alandlaw.com

June 6, 2024

**VIA ECF**
Honorable Nelson Stephen Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: <u>Hernandez v. Eull, et al.</u>
20 CV 4435 (NSR) (JCM)

Dear Judge Roman:

I am the attorney for the plaintiff in the above-referenced action. With the consent of the attorney for the defendants, I am requesting, on behalf of plaintiff, an additional thirty-day enlargement of his time in which to file his notice of appeal. Mr. Hernandez has been seeking an attorney to bring an appeal of Your Honor's grant of summary judgment to the defendants. So far, he has not been able to retain an appellate attorney. I have provided him with the papers necessary to file his notice of appeal and bring an appeal <u>pro se</u>, but he has been handicapped by being deprived of almost all privileges in the prison he is incarcerated in as a result of a disciplinary matter not related in any way to this action.

Because of the above-described difficulties, he has asked me to request a further enlargement of his time in which to file his notice of appeal. He thanks the court for its consideration of this request.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr
cc: Neil Shevlin, Esq.

---

**MEMO ENDORSED**

Pltf.'s request, consented to by Defs., is GRANTED. Pltf. is directed to file a notice of appeal, if any, on or before July 10, 2024. Counsel Levine is directed to mail a copy of this memorandum endorsement to Pltf. and to file proof of service on the docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72.

SO ORDERED:

Dated: June 7, 2024
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

